FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TONY L. OLIVER,<br>      Petitioner,<br>vs.<br>DEBRA DEXTER, Warden,<br>      Respondent. | Case No. CV 07-7685-JFW (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: 3/07/08

_____
JOHN F. WALTER
United States District Judge